Kramer and Associates
542 4th Ave., Ste. 207
Fairbanks, Alaska 99701
Telephone: (907) 888-4098
Facsimile: (907) 374-3829

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

KYONG W. HOLLEN )
)
    Plaintiff, )
)
v. )
)
MERCEDES-BENZ FINANCIAL SERVICES )
and WORTHINGTON IMPORTS OF ALASKA, )
INC. )
)
    Defendants. )
_____ )

Case No.: 4:13-cv-00024-RRB

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Kyong W. Hollen, and Defendants, Mercedes-Benz Financial Services and Worthington Imports of Alaska, hereby stipulate and agree that all claims and counterclaims in this matter related to the lease of a Mercedes, and subsequent collection and credit actions, be dismissed with prejudice, with each party to bear their own attorney's fees and costs. The undersigned hereby certify that each has complied with the requirements of Civil Rule 41(a)(1) and AS 09.68.130.

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Hollen v. Mercedes-Benz Financial Services and Worthington Imports of Alaska, Inc.*
Case No.: 4:13-cv-00024-RRB
Page 1 of 3

Case 4:13-cv-00024-RRB   Document 20   Filed 04/02/14   Page 1 of 3

DATED this 2 day of February, 2014. *[April]*

          KRAMER and ASSOCIATES
          Attorneys for Kyong Hollen

          By: _____
              Michael C. Kramer
              ABA# 9605031

DATED this 3rd day of February, 2014. *[March]*

          BURR, PEASE & KURTZ
          Attorneys for MBFS

          By: _____
              Thomas P. Owens
              ABA# 9011108

DATED this 19th day of February, 2014.

          TURNER & MEDE, PC
          Attorneys for Worthington Imports of Alaska

          By: _____
              Natalie A. Cale
              ABA# 0006037

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Hollen v. Mercedes-Benz Financial Services and Worthington Imports of Alaska, Inc.*
Case No.: 4:13-cv-00024-RRB
Page 2 of 3

Case 4:13-cv-00024-RRB  Document 20  Filed 04/02/14  Page 2 of 3

s/ Michael C. Kramer

Kramer and Associates
542 4th Ave, Ste. 207
Fairbanks, AK 99701
Telephone: (907) 888-4098
Facsimile: (636) 212-7739
E-mail: mike@mikekramerlaw.com
ABA#: 9605031

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of April, 2014, a copy of this Stipulation for Dismissal with Prejudice was served electronically on all attorneys of record to receive e-mail notice of electronic filings in the above-captioned case:

Natalie Cale
Tom Owens

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Hollen v. Mercedes-Benz Financial Services and Worthington Imports of Alaska, Inc.*
Case No.: 4:13-cv-00024-RRB
Page 3 of 3

Case 4:13-cv-00024-RRB   Document 20   Filed 04/02/14   Page 3 of 3